34,239-01

August 18TH, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
201 W. 14TH St., Rm. 106
Austin, Tx 78701

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

AUG 26 2015

Abel Acosta, Clerk

Re: Timothy Dale Singleton,
     Direct Appeal filed in 1992

Dear Clerk:

   I'm writing to you in regards to a Direct Appeal that I filed in 1992 and I need to know whether it is still active or what it's status is. Could you please look this up for me and write me back with any info you can give me about it. I really appreciate your help in this matter.

Thankyou,

Sincerely

Timothy Dale Singleton # 678578
P.O. Box 9000
Henderson, Tx 75653

Timothy Dale Singleton.